UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-10082-CIV-KING/REID

HAROLD GLENN REECE,

    Plaintiff,

v.

MONROE COUNTY JAIL, et al.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court on the October 20, 2020 Report and Recommendation ("R&R") (DE 7) of Magistrate Judge Lisette M. Reid. Plaintiff's objections were due by November 3, 2020; none were filed.

The R&R recommends dismissing Plaintiff's Complaint for failure to state a claim upon which relief can be granted under 28 U.S.C. § 1915(e) and as frivolous, *Carroll v. Gross, et al.*, 984 F.2d 392, 393 (11th Cir. 1993).

Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Reid's well-reasoned R&R accurately states the law of the case. Therefore, it is **ORDERED, ADJUDGED and DECREED** that:

1. Magistrate Judge Lisette M. Reid's Report and Recommendation **(DE 7)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court;

2. Plaintiff's Complaint is hereby **DISMISSED** pursuant to 28 U.S.C. § 1915(e); and

3. The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 6th day of November, 2020.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Magistrate Judge Lisette M. Reid
All counsel of record
Clerk of Court
Harold Glenn Reece, *pro se*